**LAYFIELD & BARRETT, APC**
WILLIAM CROWE, ESQ. (SBN 198793)
b.crowe@layfieldbarrett.com
GREGORY PEACOCK, ESQ. (SBN 277669)
g.peacock@layfieldbarrett.com
9170 Irvine Center Drive, Suite 100
Irvine, CA 92618
Telephone: (949) 202-5511
Facsimile: (800) 611-9861

Attorneys for Plaintiff, *T.S., a minor by and through her guardian ad litem, Michelle Brown*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.S., a minor by and through her guardian ad litem, Michelle Brown<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, a governmental entity; LOS ANGELES SCHOOL POLICE DEPARTMENT, a governmental entity; ALEJANDRO DONOSO; an individual; JOSE PLASCENCIA MEZA, an individual; JOSE RIVERA, an individual; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983:<br>1. Excessive Force;<br>2. Unlawful Seizure;<br>3. Failure to Train and Supervise;<br>4. Municipal Liability;<br><br>STATE LAW CLAIMS;<br>5. Civil Code § 52.1;<br>6. False Arrest/False Imprisonment;<br>7. Assault;<br>8. Battery;<br>9. Intentional Infliction of Emotional Distress;<br>10. Negligence.<br><br>**JURY TRIAL DEMAND**<br><br>Complaint Filed:<br>Trial Date: |

COMES NOW Plaintiff, T.S., a minor by and through her Guardian Ad Litem, MICHELLE BROWN, for causes of action against the Defendant, and each of them, alleges:

**LAYFIELD & BARRETT, APC**
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

## VENUE

1.  This is a civil suit brought under the Civil Rights Act, 42 U.S.C. § 1983, for violation of Plaintiff's rights under the United States Constitution. This court has subject matter jurisdiction over the parties pursuant to 28 U.S.C. § 1343 (3), 28 U.S.C. § 1331 and 28 U.S.C. §1367; and under principles of pendent jurisdiction.

2.  Venue is properly in this district because the events or omissions giving rise to each of these causes of action occurred in Los Angeles, California, within the Central District.

## PARTIES

3.  Plaintiff T.S. (hereinafter "Plaintiff" or "T.S.") is and at all times relevant herein:

    a.  A minor child residing in the residing in the County of Los Angeles.

    b.  A student who attended Bethune Middle School.

4.  MICHELLE BROWN is and at all relevant times mentioned herein:

    a.  An individual residing in the County of Los Angeles, State of California.

    b.  Appointed Guardian Ad Litem for minor Plaintiff T.S., for purpose of maintaining this action on her behalf (Guardian Ad Litem filed contemporaneously with this instant Complaint For Damages.)

5.  At all relevant times Defendant Los Angeles Unified School District ("LAUSD") mentioned herein:

    a.   A public entity and municipal corporation, duly licensed and existing under and by virtue of the laws of the State of California.

    b.  Operates, owns, runs, exclusively controls, manages and supervises Bethune Middle School, a public school within the LAUSD and is located 155 W 69th St, Los Angeles, CA 90003.

6.  At all relevant times mentioned herein Defendant Los Angeles School Police Department ("LASPD") was and is a public entity and municipal corporation, duly licensed and existing under and by virtue of the laws of the State of California.

7.  Defendant Alejandro Donoso, hereinafter referred to as "DONOSO", is, and at all times complained herein, was, a peace officer with the Los Angeles School Police Department. At all times complained of herein, DONOSO was acting as an individual person under the color of state law, pursuant to his status as a peace officer, and was acting in the course of and within the scope of his employment with defendant LAUSD.

8.  Defendant Jose Plascencia Meza, hereinafter referred to as "PLASCENCIA MEZA", is, and at all times complained herein, was, a peace officer with the Los Angeles School Police Department. At all times complained of herein, PLASCENCIA MEZA was acting as an individual person under the color of state law, pursuant to his status as a peace officer, and was acting in the course of and within the scope of his employment with Defendant LAUSD.

9.  Plaintiff is informed and believes, and thereupon alleges, that at all relevant times mentioned herein, Defendant LASPD was and is an agency and department of Defendant LAUSD. For the purposes of this action, and in said capacity of LAUSD is responsible for and administers the LASPD, which in turn promulgates policies and practices for patrolling and policing various schools in the LAUSD, including but not limited to the area near Bethune Middle School in Los Angeles, California.

10.  Defendant Jose Rivera, hereinafter referred to as "RIVERA", is, and at all times complained herein, was, a teacher with the Los Angeles Unified School District at Bethune Middle School. At all times complained of herein, RIVERA was acting as an individual person under the color of state law, pursuant to his status as a teacher, and was acting in the course of and within the scope of his employment with defendant LAUSD.

11.  Defendants DOES 1 through 6, inclusive, are sworn peace officers and / or police officers and/or deputy sheriffs and/or investigators and/or Sheriff's Special Officers and/or a dispatchers and/or some other public officer, public official or employee of defendant LOS ANGELES SCHOOL POLICE DEPARTMENT, who

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

in some way committed some or all of the tortious actions (and constitutional violations) complained of in this action, and/or are otherwise responsible for and liable to plaintiff for the acts complained of in this action, whose identities are, and remain unknown to plaintiff, who will amend her complaint to add and to show the actual names of said DOE Defendants when ascertained by plaintiff.

12.   At all times complained of herein, DOES 1 through 6, inclusive, were acting as individual persons acting under the color of state law, pursuant to their authority as sworn are sworn peace officers and / or police officers and/or deputy sheriffs and/or investigators and/or Sheriff's Special Officers and/or a dispatchers and/or some other public officer, public official or employee of defendant, employed by the Los Angeles School Police Department, and were acting in the course of and within the scope of their employment with Defendant LAUSD.

13.   Defendants DOES 7 through 10, inclusive, are sworn peace officers and/or the Chief and/or Assistant Chiefs and/or Commanders and/or Captains and/or Lieutenants and/or Sergeants and/or other Supervisory personnel and/or policy making and/or final policy making officials, employed by the Los Angeles School Police Department and/or defendant LAUSD, who are in some substantial way liable and responsible for, or otherwise proximately caused and/or contributed to the occurrences complained of by plaintiff in this action, such as via supervisory liability (i.e. failure to properly supervise, improperly directing subordinate deputies, approving actions of subordinate deputies), via bystander liability (failing to intervene in and stop unlawful actions of their subordinates and/or other officers), and such as by creating and/or causing the creation of and/or contributing to the creation of the policies and/or practices and/or customs and/or usages of the Los Angeles School Police Department for: 1) for using excessive / unreasonable force on persons; 2) for unlawfully seizing persons; 3) for unlawful searching persons; 4) for falsely arresting and falsely imprisoning persons; 5) for fabricating / destroying / concealing / altering evidence in criminal and civil actions, and for otherwise

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

COMPLAINT FOR DAMAGES

"framing" persons in criminal actions (i.e. maliciously prosecuting innocents), in order to falsely and maliciously, oppressively convict innocent persons, to protect them and other police officers and supervisory personnel from civil, administrative and criminal liability; 6) for interfering with persons' and/or otherwise violating persons' constitutionally protected right to free speech; 7) for covering-up unlawful and tortious conduct by Los Angeles School Police Department personnel, and were a proximate cause of the very same California state law, and federal and state constitutional violations complained above, and complained of by the Plaintiff in this action.

14.    At all times complained of herein, DOES 7 through 10, inclusive, were acting were acting as individual persons acting under the color of state law, pursuant to their authority as the Chief and/or Assistant Chiefs and/or Captains and/or Lieutenants and/or Sergeants and/or other Supervisory personnel and/or policy making and/or final policy making officials with the Los Angeles School Police Department, and were acting in the course of and within the scope of their employment with Defendant LAUSD.

15.    At all times complained of herein, defendants DOES 7 through 10, inclusive, were acting as individual persons under the color of state law; under and pursuant to their status and authority as peace officers and/or Supervisory peace officers (as described herein, above and below), and/or policy making peace officers, with the Los Angeles School Police Department and/or otherwise with defendant LAUSD [1].

16.    Plaintiff is presently unaware of the identities of DOES 1 through 10, inclusive, and will amend her complaint to add and to show the actual names of said DOE defendants, when ascertained by plaintiff.

17.    In addition to the above and foregoing, Defendants DOES 1 through 6, inclusive, acted pursuant to a conspiracy, agreement and understanding and common

---

[1] Such as a LAUSD executive officer.

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

plan and scheme to deprive the plaintiff of her federal Constitutional and statutory rights, and California constitutional and statutory state law rights, as complained of in this action, and acted in joint and concerted action to so deprive the plaintiff of those rights as complained of herein; all in violation of 42 U.S.C. § 1983, and otherwise in violation of United States (Constitutional and statutory) law and California (Constitutional and statutory) state law.

18.   Said conspiracy / agreement / understanding / plan / scheme / joint action / concerted action, above-referenced, was a proximate cause of the violation of the plaintiffs' federal and state constitutional and statutory rights, as complained of herein.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

19.   Plaintiff repeats and re-allege paragraphs 1 through 18 of the Complaint with the same force and effect as if fully set forth herein.

20.   On or about June 2, 2015, Plaintiff walked out of a classroom as the school bell rang when RIVERA, a teacher for Bethune Middle School, grabbed Plaintiff by her sweatshirt.

21.   Plaintiff not knowing why RIVERA grabbed her, continued to walk away.

22.   RIVERA yanked on Plaintiff, causing T.S. and RIVERA to fall down to the ground. As RIVERA fell he landed on top of T.S. RIVERA then pushed T.S.

23.   Plaintiff broke free from RIVERA's attack and left the classroom to get picked up by her mother.

24.   While waiting to get picked up by her mother, DONOSO, PLASCENCIA MEZA, and DOES 1-6, inclusive, confronted T.S. at 69th street between Broadway and Maine in Los Angeles, CA.

25.   DONOSO, PLASCENCIA MEZA, and DOES 1-6, inclusive, ordered T.S. and other students to follow them. Plaintiff refused to follow DONOSO, PLASCENCIA MEZA, and DOES 1-6, inclusive, informing them that she is waiting for her mother. DONOSO, PLASCENCIA MEZA, and DOES 1-6, inclusive, then

1  violently threw T.S. to the ground, and pinned the top of her back and head down to

2  the concrete ground.

3      26.    As a result of this excessive and unlawful seizure and force, Plaintiff was

4  taken to the emergency room at the Community Hospital of Huntington Park by way

5  of ambulance.

6      27.    As a result of this incident, Plaintiff suffers from the following physical

7  injuries, including but limited to: sprained right hand, concussion, left knee contusion,

8  and facial contusion.

**FIRST CAUSE OF ACTION**
**VIOLATION OF FOURTH AMENDMENT AND FOURTEENTH**
**AMENDMENT RIGHTS TO BE FREE FROM**
**UNREASONABLE AND EXCESSIVE FORCE (42 U.S.C. §1983)**
**(Against Defendants DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1-**
**6, inclusive.)**

      28.    Plaintiff hereby realleges and incorporates by reference the allegations

set forth in paragraphs 1 through 27, inclusive, above, as if set forth in full herein.

      29.    This action is brought pursuant to 42 U.S.C. §1983, and the Fourth

Amendment and Fourteenth Amendment of the United States Constitution.

      30.    On and before June 2, 2015, Plaintiff possessed the right, guaranteed by

the Fourth Amendment and Fourteenth Amendment of the United States Constitution,

to be free from unreasonable and excessive force to her by person state actors.

      31.    On or about June 2, 2015, Defendants DONOSO, PLASCENCIA MEZA,

RIVERA and DOES 1-6, inclusive, violated Plaintiff's constitutional rights when

Defendants unlawfully, unreasonably, and without justification used excessive force

against Plaintiff as set forth above in the factual allegations.

      32.    Defendant RIVERA's conduct towards T.S. was shocking to the

conscience.

      33.    The use of excessive force against Plaintiff by the Defendants was entirely

unjustified by any actions of said Plaintiff and was an unreasonable and excessive use

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

of force.

34.    Said Defendants subjected Plaintiff to the aforementioned deprivations with either actual malice, deliberate indifference or a reckless disregard of Plaintiff's rights under the Federal Constitution.

35.    Said Defendants acted at all times herein knowing full well that the established practices, customs, procedures and policies of the LASPD, LAUSD, and DOES 7-10, inclusive, would allow a cover-up and allow the continued use of illegal force in violation of the Fourth Amendment and Fourteenth Amendment of the Constitution of the United States and the laws of the State of California.

36.    As a direct and proximate result of the acts and/or omissions of Defendants, and each of them, Plaintiff was injured as to his physical appearance, as well as health, strength, vitality and activity, sustaining injuries to his psychological condition and nervous system and person, including mental pain and suffering, all to Plaintiff's general damage in an amount to be determined according to proof.

37.    As a direct and proximate result of the acts and/or omissions alleged herein, Plaintiff has incurred and may continue to incur medical treatment and related expenses in amounts to be determined according to proof.

38.    The acts and/or omissions of Defendants, and each of them, were willful, wanton, reckless, malicious, oppressive and/or done with a conscious or reckless disregard for the rights of Plaintiff.  Plaintiff therefore prays for an award of punitive and exemplary damages, save LASPD and LAUSD, against these individual defendants in an amount to be determined according to proof.

### SECOND CAUSE OF ACTION
### VIOLATION OF 42 U.S.C. § 1983
**Violation of Fourth Amendment Rights –
Unlawful / Unreasonable Seizure of Person
(Against DONOSO, PLASCENCIA MEZA and DOES 1-6, inclusive.)**

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

39.     Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 1 through 38, inclusive, above, as if set forth in full herein.

40.     As complained of herein above, none of the defendants to this action had neither a warrant for T.S.'s arrest, nor probable cause to believe that T.S. had committed a crime, nor reasonable suspicion that T.S. was a danger to anyone or anything, nor even a reasonable suspicion of criminality afoot by T.S.

41.     In addition, the manner in which T.S. was seized by Defendants DONOSO, PLASCENCIA MEZA and DOES 1-6, inclusive, was unreasonable.

42.     Accordingly, the seizure of T.S. by DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, by use of force constituted an unlawful and unreasonable seizure of the Plaintiff, in violation of her rights under the Fourth Amendment to the United States Constitution.

43.     As a direct and proximate result of the actions of DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, as complained of herein, T.S.: 1) was substantially physically, mentally and emotionally injured; 2) incurred medical and psychological costs, bills and expenses and 3) incurred other special and general damages and expenses.

44.     The actions by said defendants were committed maliciously, oppressively and in reckless disregard of T.S.'s constitutional rights, sufficient for an award of punitive / exemplary damages against all defendants and each of them, save for Defendants LASPD and LAUSD.

### THIRD CAUSE OF ACTION
### VIOLATION OF 42 U.S.C. § 1983
### FEDERAL CLAIM FOR FAILURE TO PROPERTY TRAIN AND FOR
### FAILURE TO PROPERLY HIRE / FIRE / DISCIPLINE
### (Against LASPD, LAUSD and DOES 7-10, inclusive.)

45.     Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 1 through 44, inclusive, above, as if set forth in full herein.

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

46.     As complained of herein above, the acts of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, deprived T.S. of her rights under the laws of the United States and The United States Constitution.

47.     LAUSD, LASPD and DOES 7-10, inclusive, were deliberately indifferent to the obvious consequences of its failure to train its police officer employees adequately.

48.     The failure of LAUSD, LASPD and DOES 7-10, inclusive, to provide adequate training caused the deprivation of T.S.'s rights by DONOSO, PLASCENCIA MEZA and DOES 1 through 6.

49.     The failure of LAUSD, LASPD and DOES 7-10, inclusive, to train is closely related to the deprivation of T.S.'s rights as to be the moving force that ultimately caused T.S.'s injuries.

50.     LAUSD and DOES 7-10, inclusive, were deliberately indifferent to the obvious consequences of its failure to train its teachers and employees adequately.

51.     The failure of LAUSD to provide adequate training caused the deprivation of T.S.'s rights by RIVERA and DOES 1 through 6.

52.     The failure of LAUSD to train is closely related to the deprivation of T.S.'s rights as to be the moving force that ultimately caused T.S.'s injuries.

53.     As a direct and proximate result of the actions of defendants, and each of them, as complained of herein, Plaintiff T.S.: 1) was substantially physically, mentally and emotionally injured; 2) incurred medical and psychological costs, bills and expenses; 3) and incurred other special and general damages, including attorney's fees, investigator fees and associated litigation costs and expense..

54.     The actions of said defendants, and each of them, as complained of herein, were committed maliciously, oppressively and in reckless disregard of T.S.'s constitutional rights, sufficient for an award of punitive / exemplary damages against DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive.

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

COMPLAINT FOR DAMAGES

### FOURTH CAUSE OF ACTION
### MUNICIPAL LIABILITY UNDER 42 U.S.C. §1983
### (Against Defendants LAUSD and LASPD)

55.     Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 1 through 54, inclusive, above, as if set forth in full herein.

56.     At all times relevant herein, Defendants DONOSO, PLASCENCIA MEZA and DOES 1-6, inclusive, were agents and employees of Defendants LAUSD and LASPD, and were carrying out the acts alleged herein while acting under color of the authority and under color of the statutes, regulations, customs, and usages of the LAUSD and LASPD.

57.     DONOSO, PLASCENCIA MEZA and DOES 1-6, inclusive, used unreasonable and unlawful force while executing an unreasonable and unlawful seizure of plaintiff.  Defendants LAUSD and LASPD permitted and allowed the use of unreasonable and excessive force to seize T.S.  At the time of the excessive force against Plaintiff, Defendants LAUSD and LASPD had in place and had ratified, policies, procedures, customs and practices by which the Defendants LAUSD and LASPD would not discipline, prosecute or in any way take corrective or responsive action to known incidents and/or complaints of excessive force as of the type set forth herein.

58.     Said policies, procedures, customs, and practices called for the refusal of the LAUSD and LASPD to investigate or document complaints of previous incidents of like-force and furthermore, to officially claim that such incidents were justified and proper.

59.     The acts or omissions of Defendants, and each of them, as alleged herein regarding the use of excessive force were either: (1) caused by inadequate and arbitrary training, supervision, or discipline of peace officers by the  Defendant LAUSD and LASPD; (2) caused by deliberate indifference of the Defendant LAUSD and LASPD; (3) consistent with, and done pursuant to, a custom or *de facto* policy of the Defendant

COMPLAINT FOR DAMAGES

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

LAUSD and LASPD; or, (4) ratified by final decision makers of the Defendant LAUSD and LASPD.  As a result of the conduct of Defendants, in using unreasonable and excessive force to unreasonable and unlawfully seize T.S., Plaintiff T.S. suffered severe injuries.

60.     The foregoing acts, omissions and systematic deficiencies are policies and customs of Defendants Defendant LAUSD and LASPD, and as such cause Defendant's peace officers to believe that excessive force, against a person, is permissible and that such misconduct would not be honestly and properly investigated, all with the foreseeable result that Defendant's peace officers would engage in violation of civil rights of citizens and residents of this state.

61.     As a direct and proximate result of the acts and/or omissions of Defendant, Plaintiff was injured as to his physical appearance, as well as health, strength, vitality and activity, sustaining injuries to her psychological condition and nervous system and person, including mental pain and suffering, all to Plaintiff's general damage in an amount to be determined according to proof.

62.     As a direct and proximate result of the acts and/or omissions alleged herein, Plaintiff has incurred and may continue to incur medical treatment and related expenses in amounts to be determined according to proof.

**FIFTH CAUSE OF ACTION**
**Violation of Cal. Civil Code § 52.1**
**Under California State Law**
**(Against all Defendants)**

63.     Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 1 through 62, inclusive, above, as if set forth in full herein.

64.     The actions of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, interfered with, and/or attempted to interfere with, by use of threats, intimidation, and coercion, the exercise or enjoyment by plaintiff of the rights secured to her by the Constitution and laws of the United

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

States, and of the rights secured to them by the California Constitution and otherwise by California law, in violation of California Civil Code §52.1.

65.     DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, are liable to plaintiff for said violations of their constitutional rights, pursuant to California Civil Code §52.1, and California Government Code §§815.2(a), 815.6, 820, 820.8.

66.     As a direct and proximate result of the actions of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, plaintiff T.S.: 1) was substantially physically, mentally and emotionally injured, and endured great physical, mental and emotional pain and suffering; 2) incurred medical and psychological costs, bills and expenses and 3) incurred other special and general damages and expenses.

67.     The actions of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, were committed maliciously, oppressively and/or in reckless disregard of Plaintiff's constitutional rights sufficient for an award of punitive / exemplary damages against all defendants, save for defendants LASPD and LAUSD.

68.     In addition, as a result of the actions of Defendants DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 10, inclusive, as complained of herein, constituted a violation of California Civil Code § 52.1, and, therefore, plaintiffs are entitled to an award of treble compensatory damages against all defendants, and each of them.

## SIXTH CAUSE OF ACTION
### False Arrest / False Imprisonment
### Under California State Law
### (Against DONOSO, PLASCENCIA MEZA, and DOES 1-6, inclusive.)

69.  Plaintiff hereby realleges and incorporate by reference the allegations set forth in paragraphs 1 through 68, inclusive, above, as if set forth in full herein.

COMPLAINT FOR DAMAGES

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

70.  DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, did not have probable cause to believe that T.S. had committed a crime.

71.  DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, restrained, brutalized and deprived T.S. of her liberty.

72.  DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, intentionally T.S. of her freedom of movement by use of physical force and violence.

73.  T.S. did not consent to said deprivation of her freedom of movement by DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, or to the use of force and violence upon her.

74.  T.S. suffered harm because of said deprivation of her freedom of movement by DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive.

75.  The actions committed by DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, as complained of herein, constituted a false arrest / false imprisonment of T.S. under California state law.

76.  Defendants, and each of them, are liable to T.S. for said false arrest / false imprisonment, pursuant to Cal. Government Code §§ 815.2(a), 815.6, 820, 820.2, 820.8, and otherwise pursuant to the common-law.

77.  The actions committed by DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, as complained of herein, proximately caused T.S. to suffer substantial physical injuries, severe mental and emotional distress and suffering, medical, psychological bills, costs and expenses, and other costs and expenses.

78.  The actions of DONOSO, PLASCENCIA MEZA and DOES 1 through 6, inclusive, were committed maliciously, oppressively and constituted despicable conduct, sufficient for an award of punitive / exemplary damages against all defendants and each of them, save for Defendants LASPD and LAUSD.

### SEVENTH CAUSE OF ACTION
**Assault**
**Under California State Law**

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

**(Against DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 - 6, inclusive.)**

79.     Plaintiffs hereby reallege and incorporate by reference the allegations set forth in paragraphs 1 through 78, inclusive, above, as if set forth in full herein.

80.     The actions committed by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, constituted an assault of T.S. under California state law, as T.S. was unlawfully placed in reasonable fear of receiving an imminent violent injury by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive.

81.     Defendants DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, are liable to T.S. for said assault, pursuant to Cal. Government Code §§ 815.2(a), 815.6, 820 and 820.8, pursuant to the California Constitution, and otherwise pursuant to the common law.

82.     As a direct and proximate result of the actions of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, T.S.: 1) was substantially physically, mentally and emotionally injured, 2) incurred medical and psychological costs, bills and expenses, 3) lost the use and possession of their real and personal property and 4) incurred other special and general damages and expenses.

83.   The actions of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, were committed maliciously, oppressively and constituted despicable conduct, sufficient for an award of punitive / exemplary damages against all defendants, save for Defendants LASPD and LAUSD.

## EIGHTH CAUSE OF ACTION
**Battery
Under California State Law
(Against DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 - 6, inclusive.)**

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

84.     Plaintiff hereby reallege and incorporate by reference the allegations set forth in paragraphs 1 through 83, inclusive, above, as if set forth in full herein.

85.     The actions committed by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, constituted unjustified non-consensual use of unlawful force and violence upon T.S., which would offend a reasonable person, and constituted a battery of T.S. under California State Law.

86.     Defendants, and each of them, are liable to T.S. for said battery, pursuant to Cal. Government Code §§ 815.2(a), 815.6, 820, 820.8 and otherwise pursuant to the common-law.

87.     As a direct and proximate result of the actions of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, T.S.: 1) was substantially physically, mentally and emotionally injured; 2) incurred medical and psychological costs, bills and expenses, and 3) incurred other special and general damages and expenses.

88.     The actions by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, were committed maliciously, oppressively and constituted despicable conduct, sufficient for an award of punitive / exemplary damages against all defendants and each of them, save for Defendants LASPD and LAUSD.

### NINTH CAUSE OF ACTION
**Intentional Infliction Of Emotional Distress
Under California State Law
(Against DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 - 6, inclusive.)**

89.     Plaintiff hereby realleges and incorporate by reference the allegations set forth in paragraphs 1 through 88, inclusive, above, as if set forth in full herein.

90.     DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, knew and/or should have known that Plaintiff T.S. was susceptible to

suffering severe emotional distress from the actions taken and committed against T.S. as complained of herein.

91.     The actions committed by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, during the incident as complained of herein, were malicious, oppressive, and/or in reckless disregard for T.S.'s constitutional rights, was despicable and of such an outrageous nature as to be shocking to the conscience.

92.     The actions of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, committed against T.S., directly and proximately caused T.S. to suffer severe emotional distress.

93.     Defendants, and each of them, are liable to T.S. for said intentional infliction of emotional distress pursuant to California state law, and otherwise pursuant to the common-law.

94.     As a direct and proximate result of the actions DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, Plaintiff T.S.: 1) was substantially physically, mentally and emotionally injured; 2) incurred medical and psychological costs, bills and expenses, and 3) incurred other special and general damages and expenses.

95.     The actions committed by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, were malicious, oppressive and constituted despicable conduct, sufficient for an award of punitive / exemplary damages against all defendants, save for Defendants LASPD and LAUSD.

## TENTH CAUSE OF ACTION
### Negligence
### Under California State Law
### (By Plaintiff, Against All Defendants)

96.     Plaintiff hereby realleges and incorporate by reference the allegations set forth in paragraphs 1 through 95, inclusive, above, as if set forth in full herein.

97.     Defendants LASPD and LAUSD, and DOES 7-10, inclusive, knew, and/or with the exercise of reasonable diligence should have known, of the violent

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

17

propensities of DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, who brutalized, degraded, and humiliated Plaintiff T.S. as complained of herein.

98.    Moreover, the actions committed by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein and as described above, also constituted a breach of Defendants' duty to use due care toward Plaintiff T.S.

99.    Moreover, Defendants LASPD and LAUSD, and DOES 7-10, inclusive, breached its duty of care the Plaintiff T.S., and to members of the public similarly situated, by failing to train its officers and teachers that they have no right to brutalize and / or falsely arrest members of the public.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

COMPLAINT FOR DAMAGES

LAYFIELD & BARRETT, APC
525 SOUTH DOUGLAS STREET, SUITE 280, EL SEGUNDO, CALIFORNIA 90245
Telephone: (424) 835-6100; Facsimile: (800) 644-9861

100.   As a direct and proximate result of the actions committed by DONOSO, PLASCENCIA MEZA, RIVERA and DOES 1 through 6, inclusive, as complained of herein, Plaintiff T.S.: 1) was substantially physically, mentally and emotionally injured; 2) incurred medical and psychological costs, bills and expenses and 3) incurred other special and general damages and expenses in an amount to be proven at trial.

WHEREFORE, plaintiff prays for judgment as follows:

a)  For a judgment against all defendants for compensatory damages in an amount in excess of $10,000,000.00;

b)  For a judgment against all defendants, save Defendants LASPD and LAUSD, for punitive damages in an amount in excess of $10,000,000.00;

c)  For an award of reasonable attorney's fees and costs;

d)  For a trial by jury; and

e)  For such other and further relief as this honorable court deems just and equitable.

Dated: May 31, 2016

LAYFIELD & BARRETT, APC

By:_____
William Crowe, Esq.
Gregory Peacock, Esq.
*Attorneys for Plaintiff,*
*T.S., a minor by and through her guardian ad litem, Michelle Brown*