Arthur C. Preciado (SBN 112303)
art.preciado@gphlawyers.com
Clifton A. Baker (SBN 175388)
clifton.baker@gphlawyers.com
GUTIERREZ, PRECIADO & HOUSE, LLP
3020 East Colorado Boulevard
Pasadena, California 91107
(626) 449-2300

Attorneys for Defendants LOS ANGELES
UNIFIED SCHOOL DISTRICT; Alejandro Donoso;
Jose Plascencia Meza; and Jose Rivera

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.S., a minor, by and through her Guardian ad Litem, Michelle Brown,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, a governmental entity; LOS ANGELES SCHOOL POLICE DEPARTMENT, a governmental entity; ALEJANDRO DONOSO; an individual; JOSE PLASCENCIA MEZA, an individual; JOSE RIVERA, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-3783-PSG-AJW<br>Assigned to Hon. Andrew J. Wistrich<br><br>**STIPULATED DISMISSAL FOLLOWING SETTLEMENT OF CASE; [PROPOSED] ORDER** |

///
///
///
///
///

The parties hereby stipulate to the dismissal of this action following settlement of this case. The parties respectfully request that the Court dismiss this entire action with prejudice.

DATE:   June 2, 2017                    **GUTIERREZ, PRECIADO & HOUSE, LLP**


By:   /s/ Clifton A. Baker
Clifton A. Baker
Attorneys for Defendants Alejandro
Donoso, Jose Rivera, and Jose
Plascencia Meza


DATE:   June 2, 2017                    **LAYFIELD & BARRETT, APC**


By:   /s/ JosephBarrett, Esq.
Joseph Barrett, Esq.
Attorneys for T.S, a minor by and
through her Guardian ad Litem, Michelle
Brown

# [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties to dismiss this action, it is hereby ordered that the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _6/2/17_

## PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez